FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 14 2009

DAVID J. MALAND, CLERK
BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Cause No. 4:09CR 70 |
| | § | (Judge Crone) |
| | § | |
| PAUL LAWRENCE BOWMAN (1) | § | |
| DAMON MICHAEL GANNON (2) | § | |
| JENNIFER LEAH DUNCAN (3) | § | |
| a.k.a. "Jenny" | § | |
| DUSTIN JAMES BROCKWAY (4) | § | |
| JAMES TORIGIAN KEARINS (5) | § | |
| a.k.a. "Jim" | § | SEALED |
| TANYA JOHNSON (6) | § | |
| a.k.a. "Tatiana" | § | |
| KYLA ELAINE KIRBY (7) | § | |
| BRIAN ANDERSON (8) | § | |
| JERRY HARRIS, JR. (9) | § | |
| PHILLIP ROBINETTE (10) | § | |

## INDICTMENT

The United States Grand Jury charges:

### COUNT ONE

<u>Violation</u>: 21 U.S.C. Section 846 and 841(a)(1)
[Conspiracy to Distribute or Possess with Intent to Distribute or Dispense Methamphetamine and Gamma Hydroxybutyrate ("GHB")]

That from in or about sometime in 2007, the exact date unknown to the United States Grand Jury, and continuously thereafter up to and including the date of the filing of this Indictment, in the Eastern District of Texas and elsewhere, **PAUL LAWRENCE BOWMAN, DAMON MICHAEL GANNON, JENNIFER LEAH DUNCAN,** a.k.a. "Jenny", **DUSTIN**

Indictment
Page 1

**JAMES BROCKWAY, JAMES TORIGIAN KEARINS,** a.k.a. "Jim", **TANYA JOHNSON,** a.k.a. "Tatiana", **KYLA ELAINE KIRBY, BRIAN ANDERSON, JERRY HARRIS, JR.,** and **PHILLIP ROBINETTE,** defendants herein, did knowingly and intentionally combine, conspire, and agree with each other, with unindicted co-conspirators and with other persons known and unknown to the United States Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute or dispense 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine and, in addition, over 100 kilograms of Gamma Hydroxybutrate ("GHB").

In violation of Title 21, United States Code, Section 846 and 841(a)(1).

A TRUE BILL

_____
Foreman of the Grand Jury

JOHN M. BALES
UNITED STATES ATTORNEY

_____
MAUREEN SMITH
Assistant United States Attorney

**Indictment**
**Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Cause No. 4:09CR |
| | § | (Judge         ) |
| | § | |
| **PAUL LAWRENCE BOWMAN (1)** | § | |
| **DAMON MICHAEL GANNON (2)** | § | |
| **JENNIFER LEAH DUNCAN (3)** | § | |
| a.k.a. "Jenny" | § | |
| **DUSTIN JAMES BROCKWAY (4)** | § | |
| **JAMES TORIGIAN KEARINS (5)** | § | |
| a.k.a. "Jim" | § | |
| **TANYA JOHNSON (6)** | § | |
| a.k.a. "Tatiana" | § | |
| **KYLA ELAINE KIRBY (7)** | § | |
| **BRIAN ANDERSON (8)** | § | |
| **JERRY HARRIS, JR. (9)** | § | |
| **PHILLIP ROBINETTE (10)** | § | |

## NOTICE OF PENALTY
## COUNT 1

Violation:   21 U.S.C. § 846

Penalty:

    Methamphetamine:

        If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 or more grams of actual methamphetamine – not less than 10 years and not more that life imprisonment, a fine not to exceed $4 million, or both; supervised release of at least 5 years;

        If 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 5 or more grams of actual methamphetamine-- not less than 5 and not more than 40 years imprisonment, a fine not to exceed $2 million, or both; supervised release of at least 4 years;

        If less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine or less than 5 grams of actual methamphetamine-- not more than 20 years imprisonment, a fine not to exceed $1 million, or both; supervised release of at least 3 years.

Gamma Hydroxybutyrate (GHB):

        Not more than 20 years imprisonment, a fine not to exceed $1 million, or both; supervised release of at least 3 years.

Special Assessment:   $100.00