IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | 4:09CR70 |
| v. | § § | CAUSE NO. 4:08CR70 (Judge Crone) |
| KYLA ELAINE KIRBY (7) | § § | |

**STATEMENT OF FACTS**

The defendant, KYLA ELAINE KIRBY, hereby stipulates and agrees that at all times relevant to the Indictment herein, the following facts were true:

1. That the defendant, KYLA ELAINE KIRBY, who is changing her plea to guilty, is the same person charged in the Indictment.

2. That the events described in the Indictment occurred in the Eastern District of Texas and elsewhere.

3. That KYLA ELAINE KIRBY, Brian Anderson, and one or more other persons in some way or manner made an agreement to commit the crime charged in the Indictment; to knowingly and intentionally distribute and possess with the intent to distribute and dispense Methamphetamine and Gamma Hydroxybutyrate (GHB).

4. That KYLA ELAINE KIRBY knew the unlawful purpose of the agreement and joined in it with the intent to further it.

5. That KYLA ELAINE KIRBY knowingly and intentionally joined in the agreement with the intent to further it and committed the following acts, among others:

>On or about March 18, 2008, KYLA ELAINE KIRBY and Brian Anderson distributed 4 kilograms of GHB.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

6. I have read this Statement of Facts and the Indictment and have discussed them with my attorney. I fully understand the contents of this Statement of Facts and agree without reservation that it accurately describes the events and my acts.

Dated: 8/11/09

_____
KYLA ELAINE KIRBY
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7. I have read this Statement of Facts and the Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Statement of Facts and the Indictment.

Dated: 8/11/09

_____
GARLAND CARDWELL
Attorney for the Defendant